Safety Test & Equip. Co. v. Am. Safety Util. Corp., 2017 NCBC 16.

STATE OF NORTH CAROLINA

COUNTY OF CLEVELAND

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
13 CVS 1037

SAFETY TEST & EQUIPMENT
COMPANY, INC.,

          Plaintiff,

      v.

AMERICAN SAFETY UTILITY
CORPORATION; CHARLES R.
PRICE; CHARLES A. PRICE; JOHN
E. HAMRICK; and CHRISTOPHER T.
MCMAHAN,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**JUDGMENT**

THIS MATTER came on for trial in the Cleveland County Superior Court before a jury duly empaneled on February 6, 2017. Following the presentation of evidence, on February 20, 2017, the jury considered and unanimously answered all issues submitted to them in favor of Defendants, as reflected in the Verdict Sheet filed of record in this action.

IT IS THEREFORE ADJUDGED AND DECREED that Plaintiff Safety Test & Equipment Company, Inc. shall have and recover nothing against Defendants American Safety Utility Corporation, Charles R. Price, Charles A. Price, John E. Hamrick, and Christopher T. McMahan, and Plaintiff's Complaint, and each cause of action contained therein, is HEREBY DISMISSED WITH PREJUDICE.

Costs shall be taxed against Plaintiff as provided by law.


IT IS SO ORDERED, this the 21st day of February, 2017.




/s/ James L. Gale
James L. Gale
Chief Business Court Judge